1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  ROY L. SHIVERS, III,                    ) 1:07-cv-00004-OWW-SMS
                                            )
11                    Plaintiff,            ) ORDER TO PLAINTIFF TO PAY THE
                                            ) $350.00 FILING FEE OR, IN THE
12                                          ) ALTERNATIVE, TO FILE A COMPLETE
         v.                                 ) APPLICATION TO PROCEED IN FORMA
13                                          ) PAUPERIS NO LATER THAN THIRTY
    MICHELLE LEVINE,                        ) DAYS AFTER THE DATE OF SERVICE OF
14  et al.,                                 ) THIS ORDER
                                            )
15                    Defendants.           ) ORDER DIRECTING THE CLERK TO SEND
                                            ) TO PLAINTIFF WITH THIS ORDER A
16  _____) BLANK IN FORMA PAUPERIS
                                              APPLICATION FOR A PLAINTIFF WHO
17                                            IS IN CUSTODY

18

19        Plaintiff is a state prisoner proceeding pro se with an

20   action for damages and other relief concerning alleged civil

21   rights violations. The matter has been referred to the Magistrate

22   Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and

23   72-304.

24        Plaintiff filed a complaint on January 3, 2007. However,

25   Plaintiff has neither paid the $350.00 filing fee nor submitted

26   an application to proceed in forma pauperis. The case cannot

27   proceed until Plaintiff pays the fee or submits a completed

28   application to proceed in forma pauperis accompanied by an

1

1 original, certified copy of Plaintiff's prison trust account

2 statement for the entire six-month period immediately preceding

3 the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

4      Accordingly, IT IS ORDERED that

5      1. Plaintiff IS DIRECTED either to pay the $350.00 filing

6 fee or to file a completed application to proceed in forma

7 pauperis no later than thirty days after the date of service of

8 this order; and

9      2. The Clerk of Court IS DIRECTED to send to Plaintiff with

10 this order a copy of a blank application to proceed in forma

11 pauperis for a person who is in custody; and

12      3. Plaintiff is informed that a failure to comply in a

13 timely fashion with the Court's directions will be considered to

14 be a failure to comply with an order of the Court within the

15 meaning of Local Rule 11-110 and may result in dismissal of the

16 action.

17

18 IT IS SO ORDERED.

19 **Dated:    January 10, 2007**                    **/s/ Sandra M. Snyder**
   icido3                                         UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2