IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY L. SHIVERS, III, | ) | 1:07cv0004 OWW SMS |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | (Document 6) |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHELLE LEVINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 3, 2007, Plaintiff filed the instant action pursuant to 42 U.S.C. § 1983. On March 19, 2007, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to pay the filing fee or file an application to proceed in forma pauperis.

On April 9, 2007, Plaintiff filed a response to the order to show cause and explained that he was attempting to obtain the requested information from the Trust Office but had been unable to do so. On April 10, 2007, he filed an application to proceed in forma pauperis.

Accordingly, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

**Dated:   May 1, 2007**                              **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE

1