1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY L. SHIVERS, III | ) | 1:07cv0004 OWW SMS |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 13) |
| | ) | |
| MICHELLE LEVINE, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff Roy L. Shivers, III, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed the instant action on January 3, 2007.

    On May 7, 2007, the Magistrate Judge issued Findings and Recommendation that the complained be DISMISSED WITHOUT LEAVE TO AMEND for Plaintiff's failure to state a cognizable claim. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff filed his objections on June 12, 2007.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated May 7, 2007, is ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   June 14, 2007**                             /s/ Oliver W. Wanger
                                                                        UNITED STATES DISTRICT JUDGE